| From: | Ronnie Holman |
|---|---|
| To: | OHNB_Temporary_Intake |
| Subject: | Response |
| Date: | Thursday, March 18, 2021 4:03:56 PM |

**CAUTION - EXTERNAL:**

To whom this may concern,

I am emailing you in response to the court hearing. As I previously stated, Ms. Simmons and I are no longer together. I have no documents that indicate any amount of money transferred from her to me or vice-versa; this includes cash to P.U.R.E. Productions, Inc., which is my non-profit 501c3 status company. I did productions and because she served as the operations manager, she was in charge of collecting money from ticket sales and merchandise, paying all vendors that were hired, which was the money collected from ticket sales. Once again, I gave her cash physically. During our time together, I gave Ms. Simmons cash, meaning I placed it in her hands to hold for me. If I could not personally get the money from her, I asked that she send me the money. That was her sending me a cash app or transfer from her account to mine or to the joint bank account we shared. She was not giving me money like it is said in this case. Of course, we did things for each other, that's what couples do, but it was nothing with an intent to take care of me. She was transferring me my money.

I asked nicely that you all do not contact my ex-wife. I just found out that you all sent a letter to her home. Please, I repeat, please do not send any more mail or anything to that address. Thank you.

I am a full-time student and I don't understand how I am expected to pay back money that is and was mine, to begin with.

Hopefully, this is a good explanation again. Thank you for your time, sir.

Best,
Ronnie Holman
21-05005

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.