UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 20-50569-AMK |
| MIA SIMMONS, | ) | CHAPTER 7 |
| Debtor. | ) | JUDGE ALAN M. KOSCHIK |
| JULIE K. ZURN, TRUSTEE, | ) | |
| Plaintiff, | ) | ADV. NO. 21-5005 |
| v. | ) | |
| RONNIE L. HOLMAN | ) | MOTION TO DEEM FACTS ADMITTED AND PLAINTIFF'S PROPOSED STATEMENT OF FACTS |
| Defendant. | ) | |

JULIE K. ZURN (the "Trustee"), the duly appointed chapter 7 trustee for the above-captioned bankruptcy case, by counsel, hereby requests that the Court deem the following facts admitted against the defendant, Ronnie Holman, as provided for by Rule 36(a)(3) of the Federal Rules of Civil Procedure made applicable herein by Federal Rule of Bankruptcy Procedure 7036. The facts contained therein were submitted to Mr. Holman as requests for admissions (a copy of which is attached as Exhibit B) by regular U.S. mail and email at the address provided by Mr. Holman during the pretrial conference. Mr. Holman did not respond.

Thereafter, the undersigned emailed a proposed Joint Stipulations (a copy of which is attached as Exhibit C) to Mr. Holman on May 25, 2021. Mr. Holman responded by email on May 27, 2021, a copy of which is attached as Exhibit D. Mr. Holman also called the undersigned at 1:11 pm EDT on May 28, 2021 to confirm the receipt of his email; the

1

undersigned advised Mr. Holman that his email would be filed with the Court and the matter would be discussed with the Court during the telephonic pretrial on June 2, 2021.

The Court is familiar with history of the underlying bankruptcy proceeding and Mr. Holman's reluctant involvement therein (Doc. 95). Given Mr. Holman's delayed email (Adv. Doc. 13) that this Court deemed an answer (Adv. Doc. 14), the contents of the deemed-answer, his failure to respond to the requests for admission, the substance of his statement (Ex. D), and the Court's interest in moving this case towards resolution, this Court should deem the following facts admitted.

Dated: May 28, 2021

Respectfully submitted,

BROUSE MCDOWELL

/s/ Matthew G. Vansuch
Matthew G. Vansuch (0079328)
Julie K. Zurn (#0066391)
6500 Seville Dr., Suite B
Canfield, OH 44406
Tel. (330) 533-6195
Fax (330) 533-6198
mvansuch@brouse.com
jzurn@brouse.com
Counsel for the Trustee

CERTIFICATE OF SERVICE

I certify that on May 28, 2021 2021, a true and correct copy of the Motion to Deem Facts Admitted was served on the following by email:

Ronnie Holman
1214 E. 83rd St.
Cleveland, OH 44103
holmanccc@gmail.com

/s/ Matthew G. Vansuch
Matthew Vansuch (0079328)

[1309932]