**This document was signed electronically on August 10, 2021, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated: August 10, 2021



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Case No. 20-50569 |
| MIA SIMMONS, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) Adversary Proceeding No. 21-05005 |
| _____ | ) |
| | ) |
| JULIE K. ZURN, Trustee, | ) Judge Alan M. Koschik |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONNIE L. HOLMAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## SCHEDULING ORDER REGARDING
## DISPOSITIVE MOTION AND ORAL ARGUMENT

The Court held a telephonic pretrial conference (the "Pretrial") in this adversary proceeding on June 2, 2021. Participating were:

| Matthew G. Vansuch | *as counsel for* | Plaintiff Julie K. Zurn, Chapter 7 Trustee |
|---|---|---|
| Ronnie L. Holman | *pro se* | |

On May 28, 2021, Plaintiff Julie K. Zurn, Chapter 7 Trustee (the "Plaintiff") filed her Motion to Deem Facts Admitted (Docket No. 17) (the "Motion"). At the Pretrial, the Court stated its intent to consider and resolve the Motion first, and then enter a dispositive motion schedule.

The Court has now entered an order on July 20, 2021, granting, in part, and denying, in part, the Plaintiff's Motion. (Docket No. 20.) Pursuant to the Court's discussion at the Pretrial, the Court is now prepared to enter a scheduling order for the Plaintiff's anticipated dispositive motion and oral argument.

Based on the matters discussed during the pretrial conference,

**IT IS HEREBY ORDERED THAT:**

1. No later than **August 27, 2021**, the Plaintiff shall *file with the Court* and serve on *pro se* Defendant Ronnie L. Holman (the "Defendant") her motion for summary judgment, along with supporting evidence permitted by Rule 56(c) of the Federal Rules of Civil Procedure, as incorporated into bankruptcy practice by Rule 7056 of the Federal Rules of Bankruptcy Procedure. In any motion or memorandum in support, the movant shall cite to all relevant legal authority and evidence that supports her position.

2. No later than **September 10, 2021**, the Defendant shall *file with the Court* and serve on opposing counsel his response to the Plaintiff's motion for summary judgment, along with supporting evidence. In his response memorandum, the Defendant shall cite to all relevant legal authority and evidence that supports his position.

3. No later than **September 17, 2021**, the Plaintiff shall *file with the Court* and serve on the Defendant a reply in support of her motion for summary judgment.

4. Unless this adversary proceeding is previously reported as resolved, the Court shall hold oral argument on any pending motion for summary judgment on **October 25, 2021, at 10:00 a.m.** (the "Oral Argument").

The Court will either rule on the motion for summary judgment, or take it under advisement, at the conclusion of the October 25, 2021 Oral Argument established by this Order.

# # #

cc (all via electronic mail):

| | | |
|---|---|---|
| Matthew G. Vansuch | *as counsel for* | Plaintiff Julie K. Zurn, Chapter 7 Trustee |
| Ronnie L. Holman | *pro se* | |