UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CASE NO. 20-50569-AMK |
| MIA SIMMONS, | CHAPTER 7 |
| Debtor. | JUDGE ALAN M. KOSCHIK |
| JULIE K. ZURN, TRUSTEE, | ADV. NO. 21-5005 |
| Plaintiff, | |
| v. | MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE |
| RONNIE L. HOLMAN | |
| Defendant. | |

JULIE K. ZURN (the "Trustee"), the duly appointed chapter 7 trustee for the above-captioned bankruptcy case, by counsel, hereby requests that the Court dismiss the adversary proceeding against the defendant, Ronnie Holman, without prejudice, as provided for by Rule 41(A)(2) of the Federal Rules of Civil Procedure made applicable herein by Federal Rule of Bankruptcy Procedure 7041.

Dated: September 18, 2021

Respectfully submitted,

BROUSE MCDOWELL

/s/ Matthew G. Vansuch
Matthew G. Vansuch (0079328)
Julie K. Zurn (#0066391)
6500 Seville Dr., Suite B
Canfield, OH 44406
Tel. (330) 533-6195
Fax (330) 533-6198
mvansuch@brouse.com
jzurn@brouse.com

1

Counsel for the Trustee

CERTIFICATE OF SERVICE

      I certify that on September 18, 2021, a true and correct copy of the Motion to Voluntarily Dismiss without Prejudice was served on the following by email:

Ronnie Holman
1214 E. 83rd St.
Cleveland, OH 44103
holmanccc@gmail.com

/s/ Matthew G. Vansuch
Matthew Vansuch (0079328)

[1345775]